

IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA, 500 SOUTH DENVER, TULSA, OKLAHOMA 74103

| | |
|---|---|
| ERIC F. SCHOLL and JACQUELINE R. SCHOLL, individually and as parents and next friends of J.J.S., a minor child,<br><br>   Plaintiffs,<br><br>v.<br><br>WALGREENS SPECIALTY PHARMACY, LLC d/b/a ALLIANCERX WALGREENS PRIME, a foreign drug company, and WALGREENS SPECIALTY PHARMACY HOLDINGS, LLC, a foreign company,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. **CJ-2021-02181**<br><br>JUDGE **Caroline Wall**<br><br>DISTRICT COURT<br>FILED<br>AUG 10 2021<br>DON NEWBERRY, Court Clerk<br>STATE OF OKLA. TULSA COUNTY |

### SUMMONS

**To the Above-Named Defendant:**  **Walgreens Specialty Pharmacy, LLC**
                **d/b/a AllianceRX Walgreens Prime, a foreign drug company**

  You have been sued by the above-named Plaintiffs, and you are required to file a written Answer to the attached PETITION in the Court in the above County and at the above address within twenty (20) days after service of this Summons upon you, exclusive of the date of service. Within the same time, a copy of your Answer must be delivered or mailed to the attorney for Plaintiff. Unless you respond to the petition within the time stated, judgment will be rendered against you with costs of the action.

  Issued this **30** day of July, 2021.
(Seal)

                Don Newberry, Tulsa County Court Clerk

                by _____, Deputy Court Clerk

                ☐ Certified Mail
                ☐ Sheriff _____ County
                ☐ Special Process Server

Attorney(s) for Plaintiff(s):
Andrew C. Jayne, OBA #19493
BAUM GLASS JAYNE CARWILE & PETERS  Appointed to serve. PSL# _____
401 S. Boston Avenue, Suite 2000
Tulsa, Oklahoma 74103            Authorized by
Telephone: (918) 938-7944

  This summons was served on **8/5/2021**
            *(date of service)*
                    *(signature of person serving summons)*

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH TH[IS]
YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT A[N ANSWER]
MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.

**EXHIBIT 2**



U.S. Postal Service CERTIFIED MAIL RECEIPT
Domestic Mail Only

8/3/2021
2.85
9.15
.71
$12.71

Walgreens Specialty Pharmacy, LLC / OS of State
421 NW 13th St, Suite 210
OKC, OK 73103

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Walgreens Specialty Pharmacy LLC
Registered Agent: Okla Sec of State
421 NW 13th St., Suite 210
Oklahoma City, OK 73103

9590 9402 5277 9154 6257 35

2. Article Number (Transfer from service label)
7019 0700 0001 0238 2530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
8/5/21

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt