

# IN THE DISTRICT COURT OF TULSA COUNTY
## STATE OF OKLAHOMA, 500 SOUTH DENVER, TULSA, OKLAHOMA 74103

| | |
|---|---|
| ERIC F. SCHOLL and JACQUELINE R. SCHOLL, individually and as parents and next friends of J.J.S., a minor child,<br><br>        Plaintiffs,<br><br>v.<br><br>WALGREENS SPECIALTY PHARMACY, LLC d/b/a ALLIANCERX WALGREENS PRIME, a foreign drug company, and WALGREENS SPECIALTY PHARMACY HOLDINGS, LLC, a foreign company,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CJ-2021-02181<br><br>Case No. Caroline Wall<br><br>JUDGE<br><br>DISTRICT COURT<br>F I L E D<br><br>AUG 1 6 2021<br><br>DON NEWBERRY, Court Clerk<br>STATE OF OKLA. TULSA COUNTY |

## SUMMONS

**To the Above-Named Defendant:**    Walgreens Specialty Pharmacy Holdings, LLC,
A foreign company

    You have been sued by the above-named Plaintiffs, and you are required to file a written Answer to the attached PETITION in the Court in the above County and at the above address within twenty (20) days after service of this Summons upon you, exclusive of the date of service. Within the same time, a copy of your Answer must be delivered or mailed to the attorney for Plaintiff. Unless you respond to the petition within the time stated, judgment will be rendered against you with costs of the action.

    Issued this __30__ day of July, 2021.
*(Seal)*

Don Newberry, Tulsa County Court Clerk

by _____, Deputy Court Clerk

☐ Certified Mail
☐ Sheriff _____ County
☐ Special Process Server

Attorney(s) for Plaintiff(s):
Andrew C. Jayne, OBA #19493
BAUM GLASS JAYNE CARWILE & PETERS
401 S. Boston Avenue, Suite 2000
Tulsa, Oklahoma 74103
Telephone: (918) 938-7944

Appointed to serve. PSL#_____

Authorized by _____

This summons was served on __8/6/2021__
                              *(date of service)*

_____
*(signature of person serving summons)*

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.

EXHIBIT 3

