

**IN THE DISTRICT COURT OF TULSA COUNTY
STATE OF OKLAHOMA**

AUG 2 0 2021

DON NEWBERRY, Court Clerk
STATE OF OKLA. TULSA COUNTY

|  |  |  |
|---|---|---|
| ERIC F. SCHOLL and JACQUELINE R. SCHOLL, individually as a parents and next friends of J.J.S., a minor child, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. CJ-2021-2181 Judge Caroline Wall |
| v. | ) ) | |
| WALGREENS SPECIALTY PHARMACY, LLC d/b/a ALLIANCERX WALGREENS PRIME, a foreign drug company, and WALGREENS SPECIALTY PHARMACY HOLDINGS, LLC, a foreign company, | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**SPECIAL ENTRY OF APPEARANCE AND
RESERVATION OF TIME IN WHICH TO FURTHER PLEAD OR ANSWER**

Defendant, Walgreens Specialty Pharmacy, LLC d/b/a AllianceRx Walgreens Prime and

Walgreens Specialty Pharmacy Holdings, LLC, pursuant to the provisions of 12 O.S.

§ 2012(A), *Campbell v. American International Group, Inc.*, 1999 OK CIV APP 37, ¶ 9, 976

P.2d 1102 (citing *Young v. Walton*, 1991 OK 20, ¶ 4, 807 P.2d 248), and 12 O.S.

§ 2012(F)(4), specially enters its appearance and reservation of time and hereby requests

twenty (20) additional days, up to and including **Wednesday September 15, 2021**, in which

to answer or otherwise plead.

By entering a special appearance, Defendants do not waive any defenses or objections

and, in fact, expressly reserve the right to assert any and all defenses allowed by 12 O.S. § 2012

and other Oklahoma law including, but not limited to, the defenses of lack of personal

jurisdiction, statute of limitations, failure to state a claim upon which relief can be granted,

**EXHIBIT
4**

-2-

improper venue, insufficiency of process, insufficiency of service of process, lack of capacity, and/or failure to join a proper party.

Defendants, Walgreens Specialty Pharmacy, LLC d/b/a AllianceRx Walgreens Prime and Walgreens Specialty Pharmacy Holdings, LLC, specifically reserve their right to assert all defenses available by law including, but not limited to, all defenses specifically identified by 12 O.S. § 2012(B).

Respectfully submitted,

HOLDEN LITIGATION, *Holden P.C.*

Steven E. Holden, OBA #4289
Rhiannon K. Baker, OBA: #22748
First Place
15 East 5th Street, Suite 3900
Tulsa, OK 74103
(918) 295-8888
(918) 295-8889 fax
RhiannonBaker@HoldenLitigation.com
SteveHolden@HoldenLitigation.com
*Attorneys for Defendants Walgreens Specialty*
*Pharmacy, LLC and Walgreens Specialty*
*Pharmacy Holdings, LLC*

## CERTIFICATE OF MAILING

I certify that on the 20th day of August, 2021, a true and correct copy of the above and foregoing instrument was mailed, with proper postage fully prepaid thereon, to:

Andrew C. Jayne, OBA #19493
Baum Glass Jayne Carwile & Peters
2000 Mid-Continent Tower
401 S. Boston Avenue
Tulsa, OK 74103
918-938-7944
918-938-7966 (Fax)
ajayne@bgjclaw.com
*Attorneys for Plaintiff*

Rhiannon K. Baker

213.040