

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>TULSA COUNTY</u>, OKLAHOMA

| | |
|---|---|
| ERIC F SCHOLL,<br>    Plaintiff, and<br>JACQUELINE R SCHOLL,<br>    Plaintiff,<br>v.<br>WALGREENS SPECIALTY PHARMACY  LLC, DBA,<br>ALLIANCERX WALGREENS PRIME,<br>    Defendant, and<br>WALGREENS SPECIALTY PHARMACY HOLDINGS LLC,<br>    Defendant. | **No. CJ-2021-2181**<br>**(Civil relief more than $10,000: NEGLIGENCE (GENERAL))**<br><br>Filed: 07/30/2021<br><br><br>Judge: Civil Docket G |

## PARTIES

S,  J  J, Minor
SCHOLL,  ERIC  F, Plaintiff
SCHOLL,  JACQUELINE  R, Plaintiff
WALGREENS SPECIALTY PHARMACY LLC, Defendant
WALGREENS SPECIALTY PHARMACY HOLDINGS LLC, Defendant

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| JAYNE,  ANDREW  C (Bar #19493)<br>Baum Glass Jayne Carwile & Peters<br>Mid-Continent Tower<br>401 S Boston Ave #2000<br>TULSA, OK 74103 | SCHOLL,  ERIC  F<br>SCHOLL,  JACQUELINE  R |

**EXHIBIT**

5

## EVENTS

None

# ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**   Issue: NEGLIGENCE (GENERAL) (NEGL)
Filed By: SCHOLL, ERIC F
Filed Date: 07/30/2021

| Party Name | Disposition Information |
|---|---|
| | Pending. |

# DOCKET

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 07-30-2021 | TEXT | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | 1 | | |
| 07-30-2021 | NEGL | NEGLIGENCE (GENERAL) | | | |
| 07-30-2021 | DMFE | DISPUTE MEDIATION FEE | | | $ 7.00 |
| 07-30-2021 | PFE1 | PETITION Document Available (#1049400143) 📄TIFF 📄PDF | | | $ 163.00 |
| 07-30-2021 | PFE7 | LAW LIBRARY FEE | | | $ 6.00 |
| 07-30-2021 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | $ 25.00 |
| 07-30-2021 | OCJC | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 1.55 |
| 07-30-2021 | OCASA | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| 07-30-2021 | SSFCHSCPC | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 10.00 |
| 07-30-2021 | CCADMINCSF | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.00 |

| Date | Code | Description | Count | Party | Amount |
|------|------|-------------|-------|-------|--------|
| 07-30-2021 | CCADMIN0155 | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | | $ 0.16 |
| 07-30-2021 | SJFIS | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | | $ 0.45 |
| 07-30-2021 | DCADMIN155 | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | | $ 0.23 |
| 07-30-2021 | DCADMIN05 | DISTRICT COURT ADMINISTRATIVE FEE ON $5 COLLECTIONS | | | $ 0.75 |
| 07-30-2021 | DCADMINCSF | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | | $ 1.50 |
| 07-30-2021 | CCRMPF | COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE | | | $ 10.00 |
| 07-30-2021 | CCADMIN04 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | $ 0.50 |
| 07-30-2021 | LTF | LENGTHY TRIAL FUND | | | $ 10.00 |
| 07-30-2021 | SMF | SUMMONS FEE (CLERKS FEE) - 2 - | | | $ 20.00 |
| 07-30-2021 | SMIMA | SUMMONS ISSUED - MAILED BY ATTORNEY (2) | | | |
| 07-30-2021 | TEXT | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE CIVIL DOCKET G TO THIS CASE. | | | |

| Date | Code | Description | Count | Party | Amount |
|------|------|-------------|-------|-------|--------|
| 07-30-2021 | ACCOUNT | RECEIPT # 2021-4253574 ON 07/30/2021. PAYOR: BAUM GLASS JAYNE & CARWILE PLLC TOTAL AMOUNT PAID: $ 262.14. LINE ITEMS: CJ-2021-2181: $183.00 ON AC01 CLERK FEES. CJ-2021-2181: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL. CJ-2021-2181: $1.66 ON AC31 COURT CLERK REVOLVING FUND. CJ-2021-2181: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES. CJ-2021-2181: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND. CJ-2021-2181: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY. CJ-2021-2181: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS. CJ-2021-2181: $2.48 ON AC67 DISTRICT COURT REVOLVING FUND. CJ-2021-2181: $25.00 ON AC79 OCIS REVOLVING FUND. CJ-2021-2181: $10.00 ON AC81 LENGTHY TRIAL FUND. CJ-2021-2181: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY. CJ-2021-2181: $10.00 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE. | | | |
| 08-10-2021 | S | PARTY HAS BEEN SUCCESSFULLY SERVED / WALGREENS SPECIALTY PHARMACY LLC / ON 8-5-21 Document Available (#1050149436) 📄TIFF  📄PDF | | WALGREENS SPECIALTY PHARMACY LLC | |

| Date | Code | Description | Count | Party | Amount |
|------|------|-------------|-------|-------|--------|
| 08-16-2021 | S | PARTY HAS BEEN SUCCESSFULLY SERVED. WALGREENS SPECIALTY PHARMACY HOLDINGS LLC / 8-6-21 Document Available (#1050141250) TIFF PDF | | WALGREENS SPECIALTY PHARMACY LLC | |
| 08-20-2021 | EAA | SPECIAL ENTRY OF APPEARANCE AND RESERVATION OF TIME IN WHICH TO FURTHER PLEAD OR ANSWER / CERTIFICATE OF MAILING Document Available (#1050150619) TIFF PDF | | WALGREENS SPECIALTY PHARMACY LLC | |
| 08-24-2021 | AM | AMENDED RETURN ON SERVICE Document Available (#1050443376) TIFF PDF | | SCHOLL, JACQUELINE R | |