IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

Eric F Scholl, et al

                       Plaintiff(s),

vs.                                                  Case No.: 21-cv-363-TCK-CDL

Walgreens Specialty Pharmacy, LLC, et al

                       Defendant(s).

**SCHEDULING ORDER**

| # | Date | Item |
|---|------|------|
| 1. | 4/15/2022 | Discovery Deadline |
| 2. | 11/15/2021 | Motions to Join or Amend |
| 3. | 2/14/2022 | Witness Lists and Proposed Exhibits * |
| 4. | 3/16/2022 | Expert Identification and Reports under FRCP 26(a)(2) * (Plaintiff) |
| 4a. | 4/1/2022 | Expert Identification and Reports under FRCP 26(a)(2) * (Defendant) |
| 5. | 4/29/2022 | Dispositive Motions and Daubert Motions **** |
| 6. | 6/10/2022 | Motions in Limine |
| 7. | 6/10/2022 | Deposition Designations (Filed with deponent name, page and line designation) Videotape/Interrogatory Designations |
| 8. | 6/27/2022 | Counter-Designations (Filed with deponent name, page and line designation) |
| 9. | 7/26/2022 | Pretrial Disclosures under FRCP 26(a)(3) |
| 10. | 8/24/2022 | Transcripts Annotated with Objections ** (Submit in hard copy to the Court) |
| 11. | 8/2/2022 | Pretrial Order, including Final Witness and Exhibit Lists and Objections |
| 12. | 8/24/2022 | Jury Instructions, Voir Dire, Trial Briefs |
| 13. | N/A | Proposed Findings of Fact and Conclusion of Law, Trial Briefs |
| 14. | 8/9/2022 | Pretrial Conference at 2:30 p.m.. |
| 15. | 9/19/2022 | Trial Date: [x] Jury at 9:30 a.m.   [] Non-Jury at 9:30 a.m. *** |
| 16. |  | Settlement Conference requested after N/A |

\* These items are not to be filed of record but are only to be exchanged between counsel.
\*\* Attorney meeting to resolve objections is required before filing objections. *See* LcvR 30.1(c).
\*\*\* Scheduling conflicts must be resolved in accordance with LGnR4-5 available on the Court's website in the Local Rules section at www.oknd.uscourts.gov.

\*\*\*\* The interval between the dispositive motion and the trial docket is relatively inflexible. An extension of time to file or respond to a motion for summary judgement will likely affect the trial setting.

This Order is entered this 18th day of October, 2021.

*Terence Kern* (signature)

**TERENCE KERN**
**United States District Judge**